UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KARAMVIR SINGH,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF DESERT VIEW ANNEX, et al.,<br><br>Respondents. | Case No. 5:26-cv-04120-ODW-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); the Court's Order denying Petitioner's Motion for a Temporary Restraining Order (Dkt. 10); Respondents' Answer to the Petition (Dkt. 12); the Report and Recommendation of the magistrate judge (Dkt. 13, "Report"); and Petitioner's Objection to the Report (Dkt. 14).

The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered denying and dismissing the Petition with prejudice as to the claims asserted

therein; however, nothing herein precludes Petitioner from asserting future claims, in an appropriate forum, based on a change in circumstances.

Dated: August 24, 2026

OTIS D. WRIGHT, II
United States District Judge