JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

KARAMVIR SINGH,

Petitioner,

v.

WARDEN OF DESERT VIEW ANNEX, et al.,

Respondents.

Case No. 5:26-cv-04120-ODW-JDE

JUDGMENT

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is denied and the action is dismissed with prejudice.

Dated: August 24, 2026

OTIS D. WRIGHT, II
United States District Judge